

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:44 am, Jun 19, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

JOHN ANDERSON,          *
                             *

         Plaintiff,      *       CIVIL ACTION NO.: 5:19-cv-6
                             *

     v.                 *

WARDEN HILTON HALL, et al.,   *
                             *

         Defendants.     *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Hill, Stone, Wildes, and CoreCivic, Inc. and **DENIES** his request for a temporary restraining order or preliminary injunctive relief. Plaintiff's deliberate indifference claims against Defendants

Johnson and Augustin remain pending.  Dkt. No. 8.

**SO ORDERED**, this ____9____ day of ____June____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)