

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:59 pm, Jan 04, 2021

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOHN ANDERSON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-6 |
| | * | |
| v. | * | |
| | * | |
| GUY AUGUSTIN; and AUDRA JOHNSON, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 4th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA