AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia


FILED
John E. Triplett, Acting Clerk
United States District Court
*By CAsbell at 2:13 pm, Jan 05, 2021*

JOHN ANDERSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV519-6

GUY AUGUSTIN; and AUDRA JOHNSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 4th day of January 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Defendants' Motion to Dismiss is GRANTED as unopposed, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 5, 2021            John E. Triplett, Acting Clerk
*Date*                                          *Clerk*

                                                     *(By) Deputy Clerk*

GAS Rev 10/2020